**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sepi Realty LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0512123 |

| | |
|---|---|
| 4. | **Debtor's address** |

| | |
|---|---|
| **Principal place of business** | **Mailing address, if different from principal place of business** |
| 501 5th Ave<br>New York, NY 10017<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Sepi Realty LLC _____    Case number (*if known*) _____
     Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

---

List all cases. If more than 1, attach a separate list

Debtor    West 70th Owners Corp. _____    Relationship    Affiliate

District    Southern District of New York _____    When    3/30/26    Case number, if known    26-10672-lgb

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    Sepi Realty LLC _____    Case number (*if known*) _____
_____ Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Sepi Realty LLC
          _____          Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2026
               _____
               MM / DD / YYYY

**X** /s/ Sandra Piedrabuena                                Sandra Piedrabuena
_____                        _____
Signature of authorized representative of debtor           Printed name

Title    Managing Member
         _____

**18. Signature of attorney**    **X** /s/ Julio E. Portilla                    Date    May 15, 2026
                                 _____                       _____
                                 Signature of attorney for debtor                      MM / DD / YYYY

Julio E. Portilla
_____
Printed name

Julio E. Portilla
_____
Firm name

380 Lexington Ave. 4th Floor
New York, NY 10168
_____
Number, Street, City, State & ZIP Code

Contact phone    (212) 365-0292          Email address    jp@julioportillalaw.com
                 _____                         _____

4498093 NY
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sepi Realty LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Besnik Malecaj 2455 Cruger Avenue Bronx, NY 10467 | | | Disputed | | | $1,500,000.00 |
| Department of Housing & Preservation & Dev (HPD) 100 Gold Street New York, NY 10038 | | | | | | $0.00 |
| Department of Taxation and Finance Civil Enforment Div Albany, NY 12227 | | | | | | $0.00 |
| Environmental Control Board City Of New Environmental Control Board City Of New York New York, NY 10038 | | | | | | $0.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | | | | | | $0.00 |
| Marcus Abrams and Lisa Abrams Marcus Abrams and Lisa Abrams in her capacity as Trustee for the Lisa Marie Abrams Revocable Trust 39 Hunting Ridge Road Greenwich Greenwich, CT 06831 | | | | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Sepi Realty LLC
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYC Department of Finance 59 Maiden Lane New York, NY 10038 | | | | | | $139,549.37 |
| NYC Department of Transportation 40 Worth New York, NY 10013 | | | | | | $0.00 |
| NYC Enviromental Control Board 66 John Street, 10th Floor, New York, NY New York, NY 10038 | | | | | | $600.00 |
| Sapphireedg Holdings Limited c/o Becker Glynn LP 299 Park Avenue New York, NY 10171 | | | | | | $0.00 |
| The Tax Commission of the City of NY 1 Centre Street, Room 2400 New York, NY 10007 | | | | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   Sepi Realty LLC

Case No.

Debtor(s)

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 15, 2026

Signature   /s/ Sandra Piedrabuena

Sandra Piedrabuena

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of New York

In re   Sepi Realty LLC                                          Case No.

                                                      Debtor(s)            Chapter      11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept ................................................... | $ |
| Prior to the filing of this statement I have received ....................................... | $ |
| Balance Due ....................................................................................... | $ |

☒ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of........................... | $        8,500.00 |
| The undersigned shall bill against the retainer at an hourly rate of............................... | $        575.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

         ☐ Debtor        ☒ Other (specify):     Sandra Piedrabuena

3.  The source of compensation to be paid to me is:

         ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [List other services that counsel has agreed to provide]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re      Sepi Realty LLC                                                 Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

  May 15, 2026                                          /s/ Julio E. Portilla
   *Date*                                                Julio E. Portilla
                                                         *Signature of Attorney*
                                                         Julio E. Portilla
                                                         380 Lexington Ave. 4th Floor
                                                         New York, NY 10168
                                                         (212) 365-0292   Fax: (212) 365-4417
                                                         jp@julioportillalaw.com
                                                         *Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    Sepi Realty LLC                 Case No. _____

Debtor(s)       Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     May 15, 2026 _____        /s/ Sandra Piedrabuena _____

                                                Sandra Piedrabuena/Managing Member
                                                Signer/Title

ASMSPV, L.P
7600Jericho Turnpike, Suite 302
Woodbury, NY 11797


Besnik Malecaj
2455 Cruger Avenue
Bronx, NY 10467


CPW Townhouse LLC
100 Park Avenue
New York, NY 10017


Department of Housing &
Preservation & Dev (HPD)
100 Gold Street
New York, NY 10038


Department of Taxation
and Finance
Civil Enforment Div
Albany, NY 12227


Environmental Control Board City Of New
Environmental Control Board City Of New
New York, NY 10038


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Marcus Abrams and Lisa Abrams
Marcus Abrams and Lisa Abrams in her cap
39 Hunting Ridge Road Greenwich
Greenwich, CT 06831


Mitchell Marks
33 West 70th Street
New York, NY 10023


NYC Department of Finance
59 Maiden Lane
New York, NY 10038


NYC Department of Transportation
40 Worth
New York, NY 10013


NYC Enviromental Control Board
66 John Street, 10th Floor, New York, NY
New York, NY 10038


Sapphireedg Holdings Limited
c/o Becker Glynn LP
299 Park Avenue
New York, NY 10171

```
The Tax Commission of the City of NY
1 Centre Street, Room 2400
New York, NY 10007
```

# United States Bankruptcy Court
## Southern District of New York

In re    Sepi Realty LLC

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Sepi Realty LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 15, 2026

Date

/s/ Julio E. Portilla

Julio E. Portilla

Signature of Attorney or Litigant

Counsel for    Sepi Realty LLC

Julio E. Portilla

380 Lexington Ave. 4th Floor
New York, NY 10168
(212) 365-0292  Fax:(212) 365-4417
jp@julioportillalaw.com